**Order entered June 17, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-01002-CR

**JAY SANDON COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-86065-2019**

## ORDER

Before the Court is appellant's June 13, 2022 motion to abate the appeal in which he complains that the trial court erred by failing to file findings of fact and conclusions of law when timely requested to do so. The clerk's record shows appellant filed a motion to suppress which the trial court denied by docket entry, and that appellant timely filed a request for findings of fact and conclusions of law. We **GRANT** the motion.

We **ORDER** the Honorable Jay Bender**,** Presiding Judge, County Court at Law No. 6, Collin County, to issue, **on or before July 15, 2022**, findings of fact and conclusions of law. *See State v. Copeland*, 501 S.W.3d 610, 613 (Tex. Crim. App. 2016); *State v. Elias*, 339 S.W.3d 667, 674 (Tex. Crim. App. 2011); *State v. Cullen*, 195 S.W.3d 696, 699 (Tex. Crim. App. 2006). If necessary, the judge may review the record upon which the original ruling was made to refresh his recollection of the reasons behind such ruling. *See Wicker v. State*, 740 S.W.2d 779, 784 (Tex. Crim. App. 1987).

We **ORDER** Collin County Clerk Lynne Finley to file a supplemental clerk's record containing the trial court's findings and conclusions **on or before July 20, 2022**.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Jay Bender**,** Presiding Judge, County Court at Law No. 6; Collin County District Clerk Lynne Finley; appellant, and the Collin County District Attorney's Office, Appellate Division.

We **ABATE** the appeal to allow the trial court an opportunity to comply with this order. It shall be reinstated when the supplemental clerk's record is filed or when the Court deems it appropriate to do so.

/s/     LANA MYERS
         JUSTICE